Argued September 12, dismissed December 18, 1957

## COMPLAINT AS TO THE CONDUCT OF GEORGE W. RODE

319 P. 2d 185

*Hugh B. Collins,* Medford, argued the cause for accused. With him on the briefs was Edward C. Kelly.

*R. B. Maxwell,* Klamath Falls, argued the cause and filed a brief for the Oregon State Bar.

Before PERRY, Chief Justice, and ROSSMAN, LUSK, BRAND, WARNER and KESTER, Justices.

PER CURIAM.

The Justices of this Court being evenly divided in opinion, we cannot adopt the recommendation of the Board of Bar Governors and, therefore, the charge against the accused is dismissed.

Justice McALLISTER did not participate.